BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HALFON and KAREN HALFON, <br><br> Plaintiffs, <br><br> vs. <br><br> PARKER-HANNIFIN CORPORATION, et al., <br><br> Defendants. | 4:19-cv-00500-YGR <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT J.T. THORPE & SON, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant J.T. THORPE & SON, INC. are hereby dismissed with prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 11, 2019         By: _____
                              Yvonne Gonzalez Rogers
                              United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT J.T. THORPE & SON, INC.