# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR HALFON, ET AL.,**<br>Plaintiffs,<br>vs.<br>**PARKER-HANNIFIN CORPORATION, ET AL.,**<br>Defendants. | CASE NO. 19-cv-00500-YGR<br><br>**ORDER REMANDING TO STATE COURT PURSUANT TO STIPULATION AND CONSENT OF DEFENDANTS**<br><br>Re: Dkt. No. 8, 9, 14 |

Based upon the stipulation of defendant Honeywell (Dkt. No. 14), the stipulated dismissals of defendants Honeywell, Crown Cork and Seal Company, J.T. Thorpe & Sons, Inc., and the consent to remand of defendants Parker-Hannafin, Hopeman Brothers, Inc., and Metropolitan Life Insurance Company (Dkt. Nos. 8, 13, 18):

(1) defendant Honeywell International Inc. is **DISMISSED WITHOUT PREJUDICE**;

(2) this action is **REMANDED** to the Superior Court for the State of California, County of San Francisco.

This terminates Docket Nos. 8, 9 and 14.

**IT IS SO ORDERED.**

Dated: March 18, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE