# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Victor Halfon, et al.,**<br>Plaintiffs,<br>vs.<br>**Parker-Hannifin Corporation, et al.,**<br>Defendants. | Case No. 19-cv-00500-YGR<br><br>**Order Striking Stipulation**<br>Re: Dkt. No. 22 |

The stipulation for dismissal of defendant Parker-Hannifin Corporation (Dkt. No. 22), filed on April 16, 2019, is **Ordered Stricken**. This action was remanded to the Superior Court of the State of California, County of San Francisco, by order entered March 18, 2019. The Court is without jurisdiction and the file in this action is closed.

**It Is So Ordered.**

Dated: April 18, 2019

**Yvonne Gonzalez Rogers**
**United States District Court Judge**